ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
JEFFREY J. STRAND
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
OCT 19 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>DAVINA M. LUJAN,<br><br>　　　　　　Defendant. | CRIMINAL CASE NO. 02-00075<br><br>STIPULATION OF PARTIES TO VACATE STATUS HEARING, AND SET SENTENCING |

The parties in the above-entitled matter, the United States of America, and the defendant, by and through her counsel, Howard Trapp, hereby stipulate to vacate the status hearing, now

//
//
//
//
//
//
//
//
//

scheduled for October 25, 2005, and set this case for sentencing approximately six (6) months thereafter, at a date and time to be selected by the Court.

SO STIPULATED.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

DATED: 10/19/05

By: /s/ Jeffrey J. Strand
JEFFREY J. STRAND
Assistant U.S. Attorney

DATED: OCT 1 9 2005

HOWARD TRAPP
Attorney for Defendant