davinalujannew2stp

LEONARDO M. RAPADAS
United States Attorney
JEFFREY J. STRAND
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 02-00075 |
| Plaintiff, | ) |
| vs. | ) ORDER re |
| | ) October 19, 2005 Stipulation |
| DAVINA M. LUJAN, | ) |
| Defendant. | ) |

Based on the stipulation of the parties filed October 19, 2005, in the above-captioned matter; and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the October 25, 2005 status hearing be vacated, and that sentencing be set for Wednesday, April 5, 2006 at 9:30 a.m. The presentence report shall be provided to the parties no later than February 13, 2006. The parties shall file their responses to the presentence report no later than March 1, 2006. The final presentence report, addendum,

///

**ORIGINAL**

and sentence recommendation shall be submitted to the Court and parties no later than Wednesday, March 15, 2006.

10/19/2005
DATE

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge