Adopt.psr

LEONARDO M. RAPADAS
United States Attorney
JEFFREY J. STRAND
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334/7215

Attorneys for United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM

FEB 23 2006

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DAVINA M. LUJAN, ) <br> ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. 02-00075 <br><br> **GOVERNMENT'S STATEMENT ADOPTING FINDINGS OF PRESENTENCE REPORT** |

Pursuant to General Order 88-1, as amended by General Orders 93-00006 and 98-00002, the United States adopts the findings of the Presentence Report for the above defendant.

RESPECTFULLY SUBMITTED this __23rd__ day of February, 2006.

                        LEONARDO M. RAPADAS
                        United States Attorney
                        Districts of Guam and the CNMI

By: _____
      JEFFREY J. STRAND
      Assistant U.S. Attorney