FILED
DISTRICT COURT OF GUAM
MAR - 3 2006
MARY L.M. MORAN
CLERK OF COURT

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for defendant

## DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | Criminal Case No. 02-00075 |
| | ) | |
| Plaintiff, | ( | OBJECTION TO PRE- |
| | ) | SENTENCE REPORT |
| vs. | ( | |
| | ) | |
| DAVINA M. LUJAN, | ( | |
| | ) | |
| Defendant. | ( | |

------------

Paragraph 52 states, "*Specific Offense Characteristics*: None."

Lujan objects thereto.

U.S.S.G. § 2D1.1 is the offense guideline section applicable to the offense of conviction. (Presentence Investigation Report para. 50.) U.S.S.G. § 2D1.1(b)(6) (Nov. 2001) is a specific offense characteristic thereof. According to § 2D1.1(b)(6) (Nov. 2001), "If the defendant meets the criteria set forth in

(OBJECTIONS TO PRESENTENCE REPORT)
Criminal Case No. 02-00075

subdivisions (1)-(5) of subsection (a) of § 5C1.2 (Limitation on Applicability of Statutory Minimum Sentences in Certain Cases), decrease by 2 levels." Lujan unquestionably meets the criteria set forth in subdivisions (1)-(5) of subsection (a) of § 5C1.2. Hence her base offense level must be decreased by two levels:

> The Commentary to §2D1.1 captioned "Application Notes" is amended by adding at the end the following:
>
> "21. *Applicability of Subsection (b)(6).*—The applicability of subsection (b)(6) shall be determined without regard to whether the defendant was convicted of an offense that subjects the defendant to a mandatory minimum term of imprisonment. Section §5C1.2(b), which provides a minimum offense level of level 17, is not pertinent to the determination of whether subsection (b)(6) applies.".
>
> . . . .
>
> *Reason for Amendment*: This amendment responds to concerns that the guidelines pertaining to drug offenses do not satisfactorily reflect the culpability of certain offenders. . . .
>
> . . . .
>
> . . . [T]he amendment addresses two application concerns regarding the two level reduction under §2D1.1(b)(6) for defendants who meet the criteria set

2

forth in §5C1.2 (Limitation on Applicability of Statutory Minimum Sentences in Certain Cases). The amendment provides an application note that clarifies that the two level reduction under §2D1.1(b)(6) does not depend on whether the defendant is convicted under a statute that carries a mandatory minimum term of imprisonment. The application note also clarifies that §5C1.2(b), which provides a minimum offense level of level 17 for certain offenders, is not applicable to §2D1.1(b)(6).

(U.S.S.G. App. C, amend. 640 (Nov. 1, 2002).)[1]

Dated, Hagåtña, Guam,

March 2, 2006.

Respectfully submitted,

_____
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for defendant

---

[1] "[I]f a court applies an earlier edition of the Guidelines Manual, the court shall consider subsequent amendments, to the extent that such amendments are clarifying rather than substantive changes." (U.S.S.G § 1B1.11(b)(2) (Nov. 2001).)

3

## DECLARATION OF SERVICE

I, Reina Y. Urbien, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for defendant herein, and that on March 3, 2006, I served the document to which this declaration is annexed on Stephen P. Guilliot, United States Probation Officer, the person charged with conducting the presentence investigation in this proceeding, by leaving a copy at United States Probation Office, 2nd Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagåtña, Guam, his last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 3, 2006, at Hagåtña, Guam.

_____
REINA Y. URBIEN

## DECLARATION OF SERVICE

I, Reina Y. Urbien, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for defendant herein, and that on March 3, 2006, I served the document to which this declaration is annexed on Jeffrey J. Strand, Esq., Assistant United States Attorney, the attorney for plaintiff herein, by leaving a copy at Office of the United States Attorney for Guam and the Northern Mariana Islands, Suite 500, Sirena Plaza, 108 Hernan Cortez Avenue, Hagåtña, Guam, his last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 3, 2006, at Hagåtña, Guam.

REINA Y. URBIEN