LEONARDO M. RAPADAS
United States Attorney
JEFFREY J. STRAND
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> DAVINA M. LUJAN, ) <br> ) <br> Defendant. ) | CRIMINAL CASE NO. 02-00075 <br><br> ORDER <br> Re: March 21, 2006 <br> United States' Application <br> to Unseal Documents |

This matter having come before this Court on the United States' Application to Unseal Documents in the above-captioned matter; and the Court finding good cause for the issuance of the Order;

**IT IS HEREBY ORDERED** that any remaining documents previously sealed by Order of the Court, are hereby unsealed.

DATE: March 22, 2006

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

ORIGINAL