# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CRIMINAL MINUTES
### INITIAL APPEARANCE

**FILED** DISTRICT COURT OF GUAM NOV 13 2002 MARY L. M. MORAN CLERK OF COURT

**DATE:** 11/13/02  **TIME:** 5:35 P.M.  **CASE NO.** CR-02-00075

(X) SEALED   ( ) UNSEALED

HON. JOHN S. UNPINGCO, Chief Judge, Presiding
Courtroom deputy: Rosita P. San Nicolas
FTR: _____  Court Reporter: Wanda Miles
J. HATTORI/J. Kippin/K. Walmsley, Law Clerk
_____ :CSO
_____ Designated Judge   ( ) District Court (Visiting Judge)   ( ) Superior Court

*********************A P P E A R A N C E S*********************

**DEFT:** DAVINA M. LUJAN     **ATTY:** CURTIS Van de VELD
(X) PRESENT ( ) CUSTODY (X) BOND ( ) P.R.    (X) PRESENT (X) RETAINED ( ) FPD (X) CJA APPOINTED

(If more than one defendant, see attached)

**U.S. ATTORNEY:** JOSEPH F. WILSON     **AGENT:** ALLAN LOVAS, VINCENT LEMONS(FBI), JOE MENO & JOHN PALOMO
**U.S. PROBATION:** _____     **U.S. MARSHAL:** _____

**INTERPRETER:** _____     ( ) SWORN   **LANGUAGE:** _____
                             ( ) PREVIOUSLY SWORN

**PROCEEDINGS:** ( ) COMPLAINT (x) WAIVER OF INDICTMENT/INFORMATION ( ) INDICTMENT
(x) INITIAL APPEARANCE   ( ) ARRAIGNMENT   (x) PLEA [change of]

( ) COMPLAINT/INFORMATION/INDICTMENT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: _____, ATTORNEY APPOINTED
(X) DEFENDANT SWORN AND EXAMINED   **AGE:** 41   **HIGH SCHOOL COMPLETED:** MD 1990
(X) DEFENDANT ARRAIGNED ADVISED OF RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR: _____ at _____
( ) WARRANT OF REMOVAL ISSUED
(X) GOV'T SUMMARIZES THE EVIDENCE   (X) GOV'T SUBMITS TO THE PLEA AGREEMENT
(X) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
(X) DEFENDANT WAIVES READING OF ( ) COMPLAINT (X) INFORMATION ( ) INDICTMENT
(x) PLEA ENTERED: (X) *GUILTY* ( ) *NOT GUILTY* -TO: CHARGES IN THE INFORMATION
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
(x) PLEA AGREEMENT FILED: 11/13/02   PLEA: (x) *ACCEPTED* ( ) *REJECTED*
(x) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO: _____ FOR RECOMMENDATION.

( ) SENTENCING DATE: _____ at _____   (X) STATUS HEARING: MARCH 21, 2003 at 1:30 P.M.
( ) PRESENTENCE REPORT ORDERED AND DUE: _____
( ) PRELIMINARY EXAMINATION SET FOR: _____ at _____
( ) ARRAIGNMENT SET FOR _____ at _____
( ) TRIAL SET FOR: _____

**PROCEEDINGS CONTINUED TO:** _____ at _____
(X) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* (x) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:** Mr. Van de Veld request that this record and all other records be sealed until further order of the Court. The Court grants the request and orders this case and all other records to be sealed. No written documents required to be submitted for court's approval. The Government moves to amend the plea agreement by striking Paragraph 4 on the plea agreement. The Court will make a pen and ink delineation on the original.

**COURTROOM DEPUTY:** _____
L:\Docs\MINUTES.wpd

Time: ~~11:12 a.m.~~

CASE NO. CR-02-00075        DEFENDANT: DAVINA M. LUJAN

( X ) PERSONAL RECOGNIZANCE BOND        ( ) UNSECURED BOND $_____
( ) CASH BOND $_____
( ) SURETY (COLLATERAL) BOND _____
_____
( ) DEFENDANT SHALL APPEAR ON _____ at _____
DEFENDANT RELEASED TO THIRD PARTY CUSTODY OF:
NAME:_____        PHONE NO._____
  Address: _____
( ) ELECTRONIC HOME MONITORING   ( ) DEFENDANT TO PAY FOR MONITORING ($_____) per day
************************R E L E A S E   C O N D I T I O N S************************
THE DEFENDANT IS RELEASED ON THE FOLLOWING CONDITIONS:
( )     MUST REMAIN AT CUSTODIAN'S RESIDENCE BETWEEN THE HOURS OF _____ and _____
( X )   MUST NOT LEAVE THE TERRITORY OF GUAM WITHOUT THE PRIOR PERMISSION OF THE COURT
( )     MUST MAINTAIN OR ACTIVELY SEEK EMPLOYMENT
( )     MUST MAINTAIN OR COMMENCE AN EDUCATIONAL PROGRAM   ( ) OBTAIN G.E.D.
( )     MUST ABIDE BY THE FOLLOWING RESTRICTIONS ON HIS/HER PERSONAL ASSOCIATIONS, PLACE OF ABODE, OR
        TRAVEL:_____
        _____
( )     MUST STAY AWAY FROM ALL PORTS OF ENTRY AND EXIT
( )     MUST COMPLY WITH THE FOLLOWING CURFEW:_____
        _____
( )     MUST AVOID ALL CONTACT WITH THE FOLLOWING NAMED PERSONS, WHO ARE CONSIDERED CO-DEFENDANTS
        OR ALLEGED VICTIMS OR POTENTIAL WITNESSES:
        _____        _____
        _____        _____
( X )   MUST REPORT ON A REGULAR BASIS TO THE FOLLOWING AGENCY:    ( ) AS DIRECTED / PHONE:_____
        ( ) DEA  ( ) ATF  ( X ) FBI  ( ) NCIS  ( ) NIS  ( ) U.S. CUSTOMS  ( ) U.S. PROBATION  ( ) U.S. IMMIGRATION
        BETWEEN THE HOURS OF  8:00 A.M. and 5:00 P.M.  EVERY MON., TUES., WEDS., THURS. and FRI.
( X )   MUST REFRAIN FROM POSSESSING A FIREARM, DESTRUCTIVE DEVICE, OR OTHER DANGEROUS WEAPON
( )     MUST REFRAIN FROM (  ) ANY   (  ) EXCESSIVE    USE OF ALCOHOL, AND ANY USE OR UNLAWFUL
        POSSESSION OF A NARCOTIC DRUG AND OTHER CONTROLLED SUBSTANCES UNLESS PRESCRIBED BY A
        LICENSED MEDICAL PRACTITIONER
( )     MUST UNDERGO MEDICAL, PSYCHIATRIC, SUBSTANCE ABUSE  OR DRUG TREATMENT AT THE DIRECTION OF
        _____
( )     MUST EXECUTE A BOND OR AN AGREEMENT TO FORFEIT THE FOLLOWING SUM OF MONEY OR DESIGNATED
        PROPERTY UPON FAILURE TO APPEAR ON _____
( )     MUST POST WITH THE COURT THE FOLLOWING INDICIA OF OWNERSHIP OF THE ABOVE-DESCRIBED PROPERTY
        (COLLATERAL) OR THE FOLLOWING AMOUNT OR PERCENTAGE OF THE DESCRIBED MONEY:_____
        _____
( )     MUST EXECUTE A BAIL BOND IN THE AMOUNT OF $_____
( )     MUST SURRENDER ANY FIREARMS I.D. TO THE CLERK OF COURT OR TO_____
( X )   MUST SURRENDER ANY PASSPORT TO THE CLERK OF COURT FOR THE DISTRICT COURT OF GUAM OR TO <u>FBI
        OFFICE</u>
( )     MUST NOT OBTAIN A PASSPORT
( )     MUST SUBMIT TO A RANDOM URINALYSIS TESTING AS REQUIRED BY THE U.S. PROBATION OFFICE
( )     MUST SUBMIT TO SUBSTANCE ABUSE TESTING AS REQUIRED BY _____
( )     MUST ABIDE BY ALL PRETRIAL RELEASE CONDITIONS AS INSTRUCTED BY THE PROBATION OFFICE
( )     MUST NOT INCUR ANY NEW FINANCIAL DEBTS/OBLIGATIONS/LOANS W/OUT PRIOR PERMISSION OF THIS COURT
( )     UPON THE UNSEALING OF THIS CASE, SUPERVISION WILL BE TURNED OVER TO THE U.S. PROBATION OFFICE
( X )   DEFENDANT MUST SUBMIT HER ITINERARY REGARDING HER UPCOMING TRAVEL TO THE FBI OFFICE.
( )     _____
( )     _____
( )     _____
( )     _____

    The Court requested for the parties to prepare a stipulation and order regarding defendant's release, and submit for court's signature.