David Lujan, Esq.
Lujan Aguigui & Perez, LLP
3rd Floor, Pacific News Building
238 Archbishop Flores Street
Suite 301
Hagatna, Guam 96910

Michael Jay Green, Esq.
345 Queen Street, 2nd Floor
Honolulu, HI 96813

Attorney for Defendant
DAVINA M. LUJAN



FILED
DISTRICT COURT OF GUAM
APR -3 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 02-00075 |
| Plaintiff, | ) WITHDRAWAL AND ) SUBSTITUTION OF COUNSEL; |
| vs. | ) ORDER; CERTIFICATE OF ) SERVICE |
| DAVINA M. LUJAN, | ) |
| Defendant. | ) |

## WITHDRAWAL AND SUBSTITUTION OF COUNSEL

COMES NOW, HOWARD TRAPP, attorney for DAVINA M. LUJAN, in the above-captioned matter, and hereby withdraws as attorney of record and

substitutes in his stead, attorneys DAVID LUJAN and MICHAEL JAY GREEN, as privately retained counsel for Defendant.

DATED: Honolulu, Hawaii, April _____, 2006.

_____
HOWARD TRAPP            APR 0 3 2006
Withdrawing Attorney

_____ 4-3-06
DAVID LUJAN
Substituting Attorney for
DAVINA M. LUJAN

_____ APRIL 1, 2006
MICHAEL JAY GREEN
Substituting Attorney for
DAVINA M. LUJAN

_____ 4/1/06
DAVINA M. LUJAN

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT