IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM



**FILED**
DISTRICT COURT OF GUAM
APR - 3 2006
MARY L.M. MORAN
CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 02-00075 |
| ) | |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| ) | |
| DAVINA M. LUJAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing documents will be duly served by HAND DELIVERY to the parties identified below at their last known address on the date herein indicated:

    JEFF STRAND, ESQ
    United States Attorney General
    Territory of Guam
    Sirena Plaza
    108 Hernan Cortez
    Hagatna, Guam 96910

    Attorney for Plaintiff
    UNITED STATES OF AMERICA

DATED: Hagatna, Guam  April 3                              , 2006

                                                                         DAVID LUJAN