**LUJAN, AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Davina M. Lujan*

FILED
DISTRICT COURT OF GUAM
APR - 4 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 02-00075 |
| v. | **CERTIFICATE OF SERVICE** |
| DAVINA M. LUJAN, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

DAVID J. LUJAN, hereby certify that a copy of Defendant's Motion For Leave To File Facsimile Copy was duly served to the following:

> JEFFREY STRAND
> Assistant U.S. Attorney
> Suite 500, Sirena Plaza
> 108 Hernan Cortez Avenue

DATED: April 3, 2006, Hagåtña, Guam.

Respectfully submitted,

_____
DAVID J. LUJAN, Esq.,
*Attorneys for Defendant Davina M. Lujan.*