LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Davina M. Lujan*

**FILED**
DISTRICT COURT OF GUAM
APR - 4 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR02-00075 |
|---|---|
| vs. | **ORDER GRANTING LEAVE TO FILE FACSIMILE COPY** |
| DAVINA M. LUJAN, | |
| Defendant. | |

IT IS HEREBY ORDERED that Defendant's Motion for Leave To File Facsimile Copy filed on April 3, 2006, is GRANTED.

Defendant shall file immediately, upon her receipt, the original of the Declaration of Davina Lujan.

SO ORDERED this ___4___ day of April, 2006.

HONORABLE ROGER BENITEZ
U.S. DISTRICT JUDGE

**ORIGINAL**