**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Davina M. Lujan*

FILED
DISTRICT COURT OF GUAM
APR - 4 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>DAVINA M. LUJAN,<br><br>              Defendant. | CRIMINAL CASE NO. 02-00075<br><br>**DEFENDANT DAVINA M. LUJAN'S SENTENCING EXHIBITS** |

Defendant, Davina M. Lujan, submits the following sentencing exhibits:

| | Description | Bates Number |
|---|---|---|
| 1. | Letter from Frederick B. Quinene dated February 24, 2006. | 000001 |
| 2. | Letter from Alfred F. Duenas dated March 22, 2006. | 000002 |
| 3. | Letter from Sylvia I. Sahagon dated March 23, 2006. | 000003 |
| 4. | Letter from Marcia K. Damian dated March 23, 2006. | 000004 |
| 5. | Letter from Antonio Quenga dated March 27, 2006. | 000005 |
| 6. | Letter from Barbara Cabot dated March 27, 2006. | 000006 |
| 7. | Letter from Oscar P. Dizon dated March 28, 2006. | 000007 |
| 8. | Letter from Christine Taitano dated March 28, 2006. | 000008 |
| 9. | Letter from Peter Leon Guerrero dated March 28, 2006. | 000009 |

Page 1 of 2
USA v. Davina M. Lujan
Criminal Case No. 02-00075
Defendant's Sentencing Exhibits

Case 1:02-cr-00075   Document 33   Filed 04/04/2006   Page 1 of 13

ORIGINAL

| | | |
|---|---|---|
| 10. | Letter from Linda Taitano Reyes dated April 4, 2006. | 000010 |
| 11. | Letter from Marian Johnston Taitano dated April 4, 2006. | 000011 |

Dated this 4th day of April, 2006.

                              **LUJAN AGUIGUI & PEREZ LLP**

By: _____
      **DAVID J. LUJAN, ESQ.**
      *Attorney for Defendant Davina M. Lujan*

February 24, 2006

Sentencing Judge
Superior Court
Agana, Guam 96910

Reference: DR. DAVINA LUJAN

Your Honor,

I am Frederick (Fred) B. Quinene, a senior citizen from Merizo and a life long resident of Guam. I am writing on behalf of Dr. Davina Lujan. I am writing to beg the court to forgive the good doctor and allow her to continue her medical practice.

Not until my wife first had Dr. Lujan as her personal physician did I realize that I can see good in medical practitioners... Yes, throughout my life, which included 51 months in the U.S. Navy... Up into my senior years, I had very strong distrust of medical doctors.

Dr. Lujan changed this perception and my faith and belief in her care, concern and capabilities has become even stronger. I believe I have sought out Dr. Lujan's medical help more in about 10 years since she became my doctor than I did other doctors the first 50 some years of my life. While I do not condone any illegal acts, I really believe that what Dr. Lujan did was a desire to help than act with malicious intent to break or circumvent the law. Not to forgive her will be a great injustice to all her patients now and others to come.

Should the Court need to sentence her, I BEG the Court to sentence her for the rest of her natural life to continue her medical practice in Guam only, in her usual caring, concern, and capable ways.

Praying for a positive outcome.

FREDERICK B. QUINENE
Of Merizo
DOB: May 19, 1942

000001

ALFRED F. DUENAS
P.O. BOX 2946
HAGÅTÑA, GUAM
(w)(671) 472-3455  (c) (671) 868-1601

March 22, 2006

Honorable Roger T. Benitez
United States District Court Judge
District Court of Guam
4th Floor
United States Court House
520 W Soledad Ave.
Hagåtña, Guam 96910

Re: USA vs. Davina M. Lujan
    Criminal Case #02-00075
    District Court of Guam

Dear Judge Benitez,

I am not only a long time family friend of Dr. Davina M. Lujan but she is also my primary physician. Davina's parents raised her to respect human life, to obey the laws of God and man, and to live a life filled with good Christian values. Her parents did their best to allow their children to grow up and become good, productive, and law abiding citizens.

Why was Patient "A" able to dominate Davina to the extent that she did what she knew she wasn't supposed to do? I do not know the full answer to that question. However, I know that Davina is both repentant and remorseful to the point that she will be able to handle herself in the manner that she was raised, if and when another Patient "A" enters her practice.

Whenever any news is published concerning any individual being indicted, convicted or sentenced for involvement with Patient "A", the media will list all individuals with involvement and their status for that period. Since her initial indictment to the present Davina, her family and friends must endure the pain and humiliation that follows such publication. All attempts to put closure to that experience are nullified and she along with her family and friends must again rise and support each other to overcome this setback.

Your Honor, during the past few years, Dr. Davina M. Lujan has been made to serve as an example to members of her profession. I implore you to be compassionate in handing down her sentence.

Sincerely,

Alfred F. Duenas

000002

March 23, 2006

The Honorable Roger T. Benitez
United States District Judge
District Court of Guam
520 W. Soledad Avenue
Hagatna, Guam 96910

    Re: United States vs. Davina M. Lujan
        Criminal Case 02-00075, District Court of Guam

Dear Honorable Judge Benitez:

I, Sylvia Sahagon, on behalf of myself, and children Michelle, 15 years of age and Jonah, 16 years of age am submitting positive testimony and support for Dr. Davina Lujan as the above case draws to a close.

Dr. Lujan has been treating my daughter, Michelle who has cerebral palsy, for many years, first at the Doctor's Clinic, approximately since 1993. She has also treated my son Jonah for occasional illness and flu throughout the years and myself as well. We have all seen her before and after the case against her was filed, because we are very confident of her concern for our welfare and she makes us feel very comfortable in her care.

At each medical visit, Dr. Davina Lujan has been very thorough and professional. But what really impacted me and my kids was her deep sense of compassion, personal interest and the fact that she expresses concern, not just for the patient, but the parent as well. My kids to this day request to see only her. She always explains to us the conditions and ways to get better and remain healthy, unlike many of the doctors we have seen in the past who check us very quickly and don't even know us by name.

I will always be happy to call Dr. Lujan my family physician, she is one of the best doctors on the island of Guam. Please consider the statements above in determining her sentence. It would be an injustice if she is impacted in her ability to practice medicine or treat needy, regular patients needing her care.

                        Sincerely,

                        Sylvia I. Sahagon
                        Custodian, Won Pat Int'l Airport, Guam
                        P.O. Box 217834
                        GMF, Barrigada Guam 96921

March 23, 2006

The Honorable Roger T. Benitez
United States District Judge
District Court of Guam
520 W. Soledad Avenue
Hagatna, Guam 96910

    Re: United States vs. Davina M. Lujan
         Criminal Case 02-00075, District Court of Guam

Dear Honorable Judge Benitez:

I, Marcia Damian, hereby submit testimony in support for Dr. Davina Lujan as the closing of her case draws near.

After several years of being treated by many local doctors for certain chronic illnesses and, more importantly, after learning from her patients of the great medical care provided by Dr. Lujan, I eventually became one of her patients. Since becoming one of her patients, I have received the utmost professional and satisfying medical care. She has always displayed sincere concern, compassion and thoroughness.

During my medical visits with her, she devotes her time to fully understand my condition, explains thoroughly its cause(s) and provides detailed ways in which I can overcome it. When I encounter Dr. Lujan in a social setting, she takes the time to express a genuine interest in the progress of my health. It has truly been very satisfying and comforting knowing that my primary doctor, Dr. Lujan, is both a compassionate, giving person and provides quality, professional medical care.

I have been truly blessed by the care I have received by Dr. Lujan and will continue to seek medical care from her as she has proven herself to be the best doctor on Guam. I trust that, as her sentence is determined, that you will take into consideration the consistent, highest level of medical care she has provided to me and the countless satisfied and grateful patients of our island she has unselfishly cared for.

                Sincerely,

                Marcia K. Damian
                Program Coordinator
                Won Pat International Airport, Guam
                P.O. Box 5505
                Hagatna, GU 96931

000004

March 27, 2006

The Honorable Roger T. Benitez
United States District Judge
District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, GU  96910

RE:   United States vs. Davina M. Lujan, Criminal Case No. 02-00075,
      District Court of Guam

My Dear Sir:

I am writing to you to provide testimony to the character of Dr. Davina Lujan in order to give you greater insight into the physician and person that you will be sentencing on April 5th, 2006. It is my hope that after consideration of the content of this letter, that Dr. Lujan be extended leniency and a favorable sentence.

I have known Dr. Davina Lujan for almost 10 years. I first met Dr. Lujan when I was employed at the Guam Memorial Hospital Authority (GMHA) as a master carpenter. Dr. Lujan was the Employee Health physician. I found myself getting tired easily and I spoke to Dr. Lujan about how I felt. She was very concerned and advised me to see my regular doctor at Naval Hospital. Although I was put on leave, when I returned to work at the hospital, Dr. Lujan felt that things still were not right and insisted that I go directly to the Emergency Room. This time, they saw that something was seriously wrong and I was flown immediately to Hawaii on medical emergency where I underwent heart surgery.

I may have died had it not been for the insistence of Dr. Lujan. This instance was not only evidence of her medical knowledge and expertise, but also her caring, conscientious and compassionate person. For many of us who are completely dependent upon medical professionals for our health needs, we quickly become patients rather than people in the eyes of many doctors. Perhaps in the same way, people who are completely dependent on legal expertise quickly become mere clients rather than human beings to attorneys.

Dr. Davina Lujan treated me as a patient but never forgot that I was also a person. I will always be grateful for her never forgetting that I was a man with a wife and a family that depended on me.

I humbly ask that you please consider this when you make your judgment.

Yours Sincerely,

António Quenga

March 27, 2006

To whom this may concern:

I take great pleasure to write on behalf of Dr. Davina Lujan's outstanding character. My acquaintance with Dr. Lujan will bring us back to child hood days where our respective families have held a bond with each other that has withstood time.

Although Davina was a year older than me in schooling, her involvement in many activities definitely helped to maintain her presence throughout and eventually be the guiding force to shape her future. Like our school years, her involvement was usually in those that allowed her the opportunity to extend to those in need, be it to individuals, groups, and not to forget, especially worthy causes. It's no wonder that her path be led to a profession that embraces care and extending of ourselves.

I feel Davina is in the nature of extending of herself, caring, and giving, because this is the environment that surrounds her, and she knows of no other. All this was the foundation that her growth was built on.

Another positive element of Davina's upbringing that certainly stands out, is the bond and respect she maintains for family and friends, especially her elders. I have on numerous occasions witnessed the compassion that naturally exhibits itself as she had related to them.

I am a teacher of 22 years in the public school system. I have been witness to different upbringing among the students that have come through my classroom and me. This experience can validate my instincts for someone with good character as in Dr. Lujan. I respectfully ask for consideration and leniency when considering Davina's sentence.

Respectfully,

*BCCabot*

Barbara Cabot
111 Reyes Court
Sinajana, Guam 96910

March 28, 2006

The Honorable Robert t. Benitez
United States District Judge
District Court of Guam
4th Floor, U.S. courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910

Re: Unites States vs. Davina M. Lujan, Criminal Case No. 02-00075, District Court of Guam

Dear Sir:

I was a patient of Dr. Davina Lujan from 1999 to 2004. As my physician for five years, Dr. Lujan was an excellent doctor. She is patient and tries very hard to explain things to me in a mater that I will understand. She is attentive to my health and makes sure that she follows up with any of my concerns. She always makes the time to see me whenever I need an unscheduled appointment.

I find her very thorough during my medical examination. She is very professional, knowledgeable and aggressive concerning my illness and will make sure that I receive treatment before anything serious occurs. Her concern for me has prompted her to check on me even at my home.

I was very disappointed when she left off-island in 2004. However, she made sure that another well qualified doctor took over my care. When she returned in 2005, she continued to be concerned for my health. I recently returned from Good Samaritan Hospital in Los Angeles for treatment and surgery for aneurisms in my stomach and legs. Dr. Lujan assisted with making arrangements with the doctors in Los Angeles. She goes out of her way to make sure that the appropriate treatment was administered.

I hope that you will be lenient in deciding her sentence. Please take into consideration all the good she has done for the community and for her patients.

Sincerely,

*[signature]*
Oscar P. Dizon

March 28, 2006

The Honorable Roger T. Benitez
United States District Judge
District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hatgatna, Guam 96910

Re: United States vs. Davina M. Lujan, Criminal Case No. 02-0075,
District Court of Guam

My dear Sir:

I'm writing this letter to provide testimony on the character of Dr. Davina Lujan, who is scheduled for sentencing on April 5, 2006.

I've known Dr. Lujan for five years. She is my family physician and doctor for my 4 year old grandson. She is an exceptional, caring, and compassionate individual. She makes herself available after hours, on weekends, and any time to tend to our family's health needs.

I trust her expertise and judgment completely .

Your honor, I would like for you to consider this testimony during Dr. Lujan's sentencing on April 5, 2006.


Yours sincerely,

*Christine Taitano*
Christine Taitano



March 28, 2006

The Honorable Roger T. Benitez
United States District Judge
District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, GU 96910

RE: United States vs. Davina M. Lujan, Criminal Case No. 02-00075, District Court of Guam

Dear Sir:

I am pleased to write on behalf of PMC Isla Health System in support of Dr. Davina M. Lujan. Dr. Lujan has been practicing with PMC since mid-February 2005, and we are very fortunate to have a physician whose passion and conviction for the patients under her care is unparalleled. In the relatively short period she has been with us, Dr. Lujan has repeatedly demonstrated her excellent skills and broad knowledge as a medical practitioner. Her patients are treated with personal care and special attention. Her style of practice has earned her a very busy practice. She has not only grown her base of patients, but has brought with her a following of devoted patients.

As an administrator of PMC, I am very impressed by Dr. Lujan's conscientious and professional demeanor. She is highly motivated, and has a keen eye for identifying areas needing improvement, and is an advocate for efficiency and professionalism among the clinic's medical and support staff. In June 2005, she earned the position of Medical Director in recognition of her administrative and leadership skills.

We are very delighted in bringing Dr. Lujan on board, and in fact, we are enormously grateful that she has joined our medical staff.

Sincerely,
PMC Isla Health System

Peter Leon Guerrero
Director

000009

MEMORANDUM

April 4, 2006

TO          United States District Judge
               United State of America

FROM:     Linda Taitano Reyes

RE:       **United States vs. Davina Lujan**

I am writing on behalf of Dr. Davina Lujan. I have known Davina since she was a child and have watched her grow into a very caring, intelligent woman. We were so proud that another Chamorro woman returned to Guam to serve her people. Since her return she has been the consummate doctor, not only seeing to her regular patients by also as an Emergency Room Doctor. Dr. Lujan always made time for patients who could not afford to pay in addition to taking a personal interest in her extended family members. I always felt she was perfectly suited for this career.

Dr. Lujan contributed much to her island community and it will be a loss to Guam if she can no longer practice here .She is a daughter of the island and I am sure I speak for many when I say, "we are proud to call her our own ".

Si Yu'us Ma'ase,

LINDA TAITANO REYES

MEMORANDUM

April 4, 2006

TO        United States District Judge
          United State of America

FROM:     Marian Johnston Taitano

RE:       **United States vs. Davina Lujan**

My name is Marian Johnston Taitano, born and raised on Guam; I am now 85 years old.

I am writing on behalf of Dr. Davina Lujan. Dr. Lujan has been one of my doctors for many years and she was always very thorough, compassionate and caring .On a personal note I have witnessed Davina growing up and she has always been very respectful and religious person.

I feel that Dr. Lujan has been an asset to our Guam community and has so such more to give. Please take under consideration the support she has from her patients, young and old who she has served very well. I am proud to call Davina, My friend.

Si Yu's Ma'ase

*Marian Johnston Taitano*
MARIAN JOHNSTON TAITANO