LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Davina M. Lujan*

**FILED**
DISTRICT COURT OF GUAM
APR - 5 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR02-00075 |
| vs. | |
| DAVINA M. LUJAN, | **DEFENDANT DAVINA M. LUJAN'S SUPPLEMENTAL SENTENCING EXHIBITS** |
| Defendant. | |

Defendant, DAVINA M. LUJAN, submits the following sentencing exhibits:

| Description | Bates Number |
|---|---|
| 1. Letter from Lolita San Nicolas Taitano dated March 31, 2006 | 000012 |
| 2. Letter from Conchita Garrido-Zulkowski dated April 3, 2006 | 000013 |
| 3. Letter from Eleanor Alferos Okada dated March 28, 2006 | 000014 |

Dated this 5th day of April, 2006.

LUJAN AGUIGUI & PEREZ LLP

BY: _____
DAVID J. LUJAN, ESQ.,
Attorney for Defendant Davina M. Lujan.

**ORIGINAL**

March 31, 2006

Judge Roger T. Benitez
United States District Judge
District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtna, Guam 96910

Re:   U.S. vs. Davina M. Lujan, Criminal Case No. 02-00075, District Court of Guam

To the Honorable Judge Roger T. Benitez:

My name is Lolita San Nicolas Taitano and I have known Davina Lujan for many years. During that time, I have come to know Davina as someone who is honest, thoughtful and generous. Davina worked during the 1998 Micronesian Games and I admired how unselfishly she volunteered her services.

After recommendations and hearing positive things about how Davina was as an excellent physician, I decided a few years ago to have Davina as my primary care doctor. As a doctor, Davina is very sensitive to the needs of her patients. She goes above and beyond her basic duties as a doctor and takes a personal interest of the lives of her patients. I believe that her sincere approach to all of her patients is one reason why she is so well-respected in our community.

I hope that my testimony will assist you in making the appropriate decision in this case.

Thank you,

Lolita San Nicolas Taitano

419 84/4/06

April 3, 2006

The Honorable Roger T. Benitez
United States District Judge
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910

    Re: United States vs. Dr. Davina M. Lujan, Criminal Case No. 02-00075, District Court of Guam

My dear Sir:

This serves as a letter of reference for Dr. Davina Lujan. Dr. Lujan had come highly recommended to me when I arrived on Guam in 1998. For over 15 years, I had suffered from episodes of excruciating pain leaving me unable to perform most activities. Not only had my symptoms left my doctors in Europe puzzled, but many had even questioned the pain I was experiencing. Frustrated and exhausted, I had lost almost all hope of ever finding relief.

When I first met with Dr. Lujan, I was immediately confident that I was in care of an excellent doctor. Finally, I had found a doctor who not only listens, but one who truly cares for her patient's physical and emotional well-being as well. This along with her extensive knowledge and experience enabled Dr. Lujan to make a diagnosis. Today I am able to control my disease and, therefore, lead a more productive and fulfilling life. I can genuinely say that I feel blessed to have met Dr. Lujan.

Dr. Lujan is an exceptionally capable and warm individual, and I have great respect for her not only as a professional but also as a human being. She is a fine and compassionate doctor who has a genuine interest in her patients. I would wholeheartedly recommend Dr. Lujan to anyone in need of a physician.

    Yours Sincerely,

    *Conchita Garrido-Zulkowski*
    Conchita Garrido-Zulkowski

Ms. Eleanor A. Okada
8906 Las Montanas Ave.
Las Vegas, NV 89147

28 March 2006

The Honorable Roger T. Benitez
United States District Judge
District Court of Guam
4th Flr., U.S. Courthouse
520 W. Soledad Ave.
Hagatna, Guam 96910

Re: United States vs. Davina M. Lujan, Criminal Case No. 02-0075,
District Court of Guam

Dear Honorable Roger T. Benitez:

I, Eleanor Alferos Okada, hereby express to the court my sadness for the circumstances that led to our community losing such a knowledgeable and compassionate doctor.

On 03 August 2003, my husband suffered a massive heart attack and kidney failure. Thanks to Dr. Davina Lujan's extensive medical knowledge and her deep compassion, my husband was given a second chance at life and we were both given the opportunity to continue sharing priceless and unforgettable moments together.

There has never been any doubt in my mind as to her professionalism and candor. I can clearly remember that on two separate occasions my husband pleaded with Dr. Lujan for prescriptions to help ease his physical discomforts. On both occasions, Dr. Lujan was very insistent that he go to the emergency room to get checked by the attending physician on duty who could properly diagnose the problem and prescribe the appropriate medication.

I ask the court to carefully consider all the good she has done and can continue to do for Guam's community. I ask the court to consider rehabilitation as a viable option in her sentencing. Statistics have shown time and again that education and rehabilitation are far more effective and productive than incarceration.

For the sake of the sick and injured, I ask the court to be merciful and compassionate as she was to my husband.

With hope and prayers,

*Eleanor Alferos Okada*
Eleanor Alferos Okada

000014