DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**
**SENTENCING**

**FILED**
DISTRICT COURT OF GUAM
APR - 6 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-02-00075**     **DATE: APRIL 5, 2006**

**HON. ROGER T. BENITEZ, Designated Judge**
Court Reporter: Wanda Miles
Hearing Electronically Recorded: 9:35.28 - 10:29.46

Law Clerk: Kim Walmsley
Courtroom Deputy: Glenn Rivera
CSO: N. Edrosa/J. Lizamo/

**************************APPEARANCES**************************

**DEFT: DAVINA M. LUJAN**
( X ) PRESENT ( ) CUSTODY ( ) BOND (X) P.R.

**ATTY: HOWARD TRAPP**
( X ) PRESENT (X) RETAINED ( ) FPD ( ) CJA APPOINTED

**U.S. ATTORNEY: JEFF STRAND**

**AGENT: NONE PRESENT**

**U.S. PROBATION: STEVE GUILLIOT**

**U.S. MARSHAL: DAVID PUNZALAN / S. LUJAN**

**INTERPRETER:** _____

**LANGUAGE:** _____

( ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____
    Base offense level:        Total offense level:        Criminal History Category:

( ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT

( ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES

( ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:

( ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT

**NOTES/OTHER MATTERS:**

**DEFENSE MOTION FROM ATTYS PETER PEREZ AND DAVID LUJAN FOR SUBSTITUTION OF COUNSEL FOR DEFT - DENIED.**

**SENTENCING CONTINUED TO APRIL 12, 2006 AT 9:00AM.**

**DEFENDANT HAS UNTIL NEXT HEARING DATE TO RETAIN NEW COUNSEL.**