Law Office of Peter F. Perez
Suite 309, Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone No. (671) 475-5055/6
Facsimile No. (671) 477-5445

**FILED**
DISTRICT COURT OF GUAM
APR 11 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>DAVINA M. LUJAN,<br><br>Defendant. | CRIMINAL CASE NO. CR02-00075<br><br>**DECLARATION OF PETER F. PEREZ** |

PETER F. PEREZ hereby declares as follows:

1. That I am a member of this Bar.

2. That I am personally acquainted with Attorney Michael Green of Honolulu, Hawaii.

3. That, on information and belief, Attorney Green is a member in good standing of the Hawaii Bar; has been admitted pro hac vice in twenty (20) other jurisdictions; and has been admitted pro hac vice on two (2) prior criminal cases in this Court.

4. That I support the Petition of Attorney Green; I agree to associate and serve as his Local Counsel; and, agree to accept service of all documents in this case on Attorney Green's behalf.

Dated this 11th day of April, 2006.

*/s/ Peter F. Perez*
PETER F. PEREZ.

ORIGINAL