LAW OFFICE OF PETER F. PEREZ
PETER F. PEREZ, ESQ.,
Attorney at Law
Pacific News Building, Suite 309
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 475-5055
Facsimile (671) 477-5445
*Attorneys for Defendant Davina M. Lujan*

FILED
DISTRICT COURT OF GUAM
APR 1 1 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 02-00075 |
| v. | **CERTIFICATE OF SERVICE** |
| DAVINA M. LUJAN, | |
| Defendant. | |

### CERTIFICATE OF SERVICE

PETER F. PEREZ, hereby certify that a copy of Supplement In Aid of Motion For Continuance was duly served to the following:

JEFFREY STRAND
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue

DATED: April 11, 2006, Hagåtña, Guam.

Respectfully submitted,

PETER F. PEREZ, Esq.,
*Attorney for Defendant Davina M. Lujan.*

**ORIGINAL**

Page 1 of 1