LAW OFFICE OF PETER F. PEREZ
PETER F. PEREZ, ESQ.,
Attorney at Law
Pacific News Building, Suite 309
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 475-5055
Facsimile (671) 477-5445
*Attorneys for Defendant Davina M. Lujan*

**FILED**
DISTRICT COURT OF GUAM
APR 11 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>DAVINA M. LUJAN,<br><br>Defendant. | CRIMINAL CASE NO. CR02-00075<br><br>PETITION FOR ADMISSION PRO HAC VICE |

Comes now MICHAEL GREEN, and moves pursuant to GR17.1, Local Rules of the District Court of Guam, for admission to practice before the District Court of Guam, for admission to practice before the District Court of Guam, District of Guam, and submits the following information as required by Rule.

1. My residence is 46-402 Hulupala Pl. Kaneohe, Hawaii.
2. My office address is 345 Queen Street, Honolulu, Hawaii.
3. Courts to which I have admitted to practice and date of admission: I have been admitted Pro Hac Vice in approximately twenty (20) states including the Territory of Guam August 5, 2002. I am licensed in Illinois since 1968 and Hawaii since 1988 or 1989.

Dated this 11th day of April, 2006.

_____,
MICHAEL J. GREEN.

**ORIGINAL**