LEONARDO M. RAPADAS
United States Attorney
JEFFREY J. STRAND
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

APR 11 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> DAVINA M. LUJAN, ) <br> ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. 02-00075 <br><br> **UNITED STATES' RESPONSE TO DEFENDANT'S SUPPLEMENT IN AID OF MOTION FOR CONTINUANCE** |

Attached as government exhibits 1 through 3, are compact disc containing the recorded conversations between the defendant and attorney Howard Trapp on January 25, 2006, February 10, 2006, March 17, 2006, and March 28, 2006. The government submits the actual recordings which were obtained from the defendant's attorneys. The transcripts significantly differ from the recordings. Also, the recordings demonstrate that the defendant had been from at least January 25, 2006, contemplating withdrawal of her plea of guilty. The recordings further demonstrate that defendant's decisions have been based on considerations not amounting to fair and just reasons.

Respectfully submitted this 11th day of April, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
JEFFREY J. STRAND
Assistant U.S. Attorney