Law Office of Peter F. Perez
Suite 309, Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone No. (671) 475-5055/6
Facsimile No. (671) 477-5445

*Attorney for Defendant, Davina M. Lujan*

FILED
DISTRICT COURT OF GUAM
APR 12 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>DAVINA M. LUJAN,<br><br>Defendant. | CRIMINAL CASE NO. CR02-00075<br><br>**ORDER GRANTING PETITION FOR PRO HAC VICE** |

WHEREAS, the Petition for Admission of Michael J. Green was filed April 11, 2006.

WHEREAS, the Court having reviewed the record of the proceedings and papers filed herein, and being fully apprised in the premises, NOW THEREFORE,

IT IS HEREBY ORDRED that the Petition for Admission of Michael J. Green to practice before the District Court of Guam is hereby granted.

SO ORDERED this 12 day of April, 2006.

*/s/ Roger T. Benitez*
ROGER T. BENITEZ*
District Court of Guam.

---

*The Honorable Roger T. Benitez, United States Senior District Judge for Southern District of California, by designation.

**ORIGINAL**