MICHAEL JAY GREEN, ESQ.
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347

LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Davina M. Lujan*

**FILED**
DISTRICT COURT OF GUAM
APR 12 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR02-00075 |
| vs. | **ORDER GRANTING SUBSTITUTION OF ATTORNEY** |
| DAVINA M. LUJAN, | |
| Defendant. | |

IT IS HEREBY ORDERED that the Substitution of Counsel filed on April 3, 2006 is hereby approved. The Law Offices of MICHAEL JAY GREEN and LUJAN AGUIGUI & PEREZ LLP are hereby substituted as retained counsel in place of HOWARD TRAPP INCORPORATED.

SO ORDERED this 12th day of April, 2006.

ROGER T. BENITEZ*
District Court of Guam

---

*The Honorable Roger T. Benitez, United States Senior District Judge for Southern District of California, by designation.

**ORIGINAL**