DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
SENTENCING

FILED
DISTRICT COURT OF GUAM
APR 12 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-02-00075**          **DATE: APRIL 12, 2006**

**HON. ROGER T. BENITEZ, Designated Judge**
Court Reporter: Wanda Miles
Hearing Electronically Recorded: 9:14.46 - 10:57.50

Law Clerk: Kim Walmsley
Courtroom Deputy: Glenn Rivera
CSO: N. Edrosa/J. Lizamo

* * * * * * * * * * * * * * * * * * * * * * * **APPEARANCES** * * * * * * * * * * * * * * * * * * * * * * * *

**DEFT: DAVINA M. LUJAN**
( X ) PRESENT ( ) CUSTODY ( ) BOND (X) P.R.

**ATTY: HOWARD TRAPP**
( X ) PRESENT (X) RETAINED ( ) FPD ( ) CJA APPOINTED

**U.S. ATTORNEY: JEFF STRAND**

**AGENT: PAUL GRIFFITH**

**U.S. PROBATION: STEVE GUILLIOT**

**U.S. MARSHAL: D. PUNZALAN / W. GRAY**

**INTERPRETER:** _____

**LANGUAGE:** _____

( X ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____
   Base offense level: 8     Total offense level: 6     Criminal History Category: I

( X ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT

( ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES

( X ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION: <u>GOVERNMENT RECOMMENDS THE LOW-END OF THE GUIDELINE RANGE OF FIVE YEARS PROBATION.</u>

( ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT

NOTES/OTHER MATTERS:

<u>DEFENSE MOTION TO RELIEVE ATTORNEY HOWARD TRAPP AND TO GRANT PRO HAC VICE AND SUBSTITUTION OF COUNSEL BY ATTORNEY MICHAEL GREEN - GRANTED</u>

<u>DEFENSE MOTION TO WITHDRAW PLEA OF GUILTY - DENIED</u>

<u>DEFENSE REQUEST TO CONTINUE SENTENCING DATE - DENIED</u>

<u>COURT ACCEPTS DEFENDANT'S PLEA OF GUILTY</u>

| SENTENCE: <u>CR-02-00075</u> | DEFENDANT: <u>DAVINA M. LUJAN</u> |
|---|---|

( X ) DEFENDANT SENTENCED TO A TERM OF PROBATION FOR <u>FIVE YEARS.</u>

( ) COURT RECOMMENDATION TO THE BUREAU OF PRISONS AT _____.

( ) UPON RELEASE FROM IMPRISONMENT, DEFENDANT IS PLACED ON SUPERVISED RELEASE FOR A TERM OF

THE TERM OF PROBATION WILL INCLUDE THE FOLLOWING CONDITIONS:

1. DEFENDANT SHALL NOT COMMIT ANY FEDERAL, STATE, OR LOCAL CRIME.

2. DEFENDANT SHALL NOT UNLAWFULLY POSSESS A CONTROLLED SUBSTANCE AND SHALL REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE. THE MANDATORY DRUG-TESTING IS SUSPENDED.

3. DEFENDANT SHALL SUBMIT TO THE COLLECTION OF A DNA SAMPLE AT THE DIRECTION OF THE U.S. PROBATION OFFICER.

4. DEFENDANT SHALL COMPLY WITH THE STANDARD CONDITIONS OF PROBATION AS SET FORTH BY THE U.S. PROBATION OFFICE.

5. DEFENDANT SHALL BE PROHIBITED FROM POSSESSING A FIREARM OR OTHER DANGEROUS WEAPON.

6. DEFENDANT SHALL PERFORM 300 HOURS OF COMMUNITY SERVICE UNDER THE DIRECTION OF THE U.S. PROBATION OFFICE.

7. IF DURING THE DEFENDANT'S PERIOD OF PROBATION SHE HAS HER DEA LICENSED RETURNED TO HER, THE DEFENDANT MUST MAKE OPEN AND AVAILABLE ALL OF HER BOOKS FOR INSPECTION BY THE U.S. PROBATION OFFICE AND BY THE DEA.

   IT ORDERED THAT THE DEFENDANT PAY TO THE UNITED STATES A SPECIAL ASSESSMENT FEE OF $100.00, TO BE PAID IMMEDIATELY AFTER SENTENCING.

   IT IS FURTHER ORDERED THAT THE DEFENDANT PAY TO THE UNITED STATES A FINE OF $10,000.00, TO BE PAID IMMEDIATELY AFTER SENTENCING.