**Law Office of Peter F. Perez**
Suite 309, Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone No. (671) 475-5055/6
Facsimile No. (671) 477-5445

**Michael Jay Green, Esq.**
345 Queen Street, Second Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347

*Attorneys for Defendant, Davina M. Lujan*

**FILED**
DISTRICT COURT OF GUAM
APR 24 2006
MARY L.M. MORAN
CLERK OF COURT

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVINA M. LUJAN,<br><br>Defendant. | CRIMINAL CASE NO. CR02-00075<br><br>**DEFEDANT LUJAN'S NOTICE OF APPEAL; CERTIFICATE OF SERVICE** |

### DEFENDANT LUJAN'S NOTICE OF APPEAL

Notice is hereby given pursuant to Federal Rule of Appellate Procedure 4(b) that defendant Davina M. Lujan, through undersigned counsel, hereby files an appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this criminal action on April 14, 2006.

On appeal, defendant Lujan intends to raise the following issue: Whether the district court abused its discretion in denying the defendant's motion to continue her sentencing in order to afford her an opportunity to move to withdraw her guilty plea.

**ORIGINAL**

| | |
|---|---|
| 1 | Pursuant to Fed.R.App.P. 3(e), contemporaneous with this filing of this Notice of Appeal, |
| 2 | Davina M. Lujan paid to the Clerk of the United States District Court, District of Guam, the |
| 3 | requisite filing fee of $455.00. |

Dated this 24th day of April, 2006.

Respectfully submitted,

*Peter F. Perez* (signature)

Peter F. Perez

## Proof of Service

I certify that on April 24, 2006, I caused a copy of the foregoing Notice of Appeal to be served upon:

Jeffrey Strand, Esq.
United States Attorney
108 Hernan Cortes Avenue, Suite 500
Hagatna, Guam 96910
Telephone: (671) 472-7332
Facsimile: (671) 472-7215

Dated this 24 day of April, 2006

*/s/ Peter F. Perez*
Peter F. Perez