2nd Issuance

| AO435 (Rev. 1/90) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | | FOR COURT USE ONLY DUE DATE: |
|---|---|---|---|
| | **TRANSCRIPT ORDER** | | |

Read Instructions on Back.

| 1. NAME Michael Jay Green, Esq. c/o Peter F. Perez | 2. PHONE NUMBER (671) 475-5055 | 3. DATE May 24, 2006 | |
|---|---|---|---|
| 4. MAILING ADDRESS 345 Queen Street, Second Floor | 5. CITY Honolulu | 6. STATE HI | 7. ZIP CODE 96813 |
| 8. CASE NUMBER CR-02-00075 | 9. JUDICIAL OFFICIAL Benitez | DATES OF PROCEEDINGS | |
| | | 10. FROM | 11. TO |
| 12. CASE NAME USA vs DAVINA M. LUJAN | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Hagatna | 14. STATE Guam |

15. ORDER FOR
[X] APPEAL   [X] CRIMINAL   [ ] CRIMINAL JUSTICE ACT   [ ] BANKRUPTCY
[ ] NON-APPEAL   [ ] CIVIL   [ ] IN FORMA PAUPERIS   [ ] OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
November 13, 2002 Change of Plea

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [XX] SENTENCING | April 5, 2006 and April 12, 2006 | | |
| [ ] BAIL HEARING | | | |

FILED
DISTRICT COURT OF GUAM
MAY 24 2006
MARY L.M. MORAN
CLERK OF COURT

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | X | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE *[signature]*
19. DATE May 24, 2006

ESTIMATE TOTAL
PROCESSED BY
PHONE NUMBER

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|
| | |
| ORDER RECEIVED  DATE 5/24/06 BY wm | |
| DEPOSIT PAID | DEPOSIT PAID |
| TRANSCRIPT ORDERED | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | TOTAL DUE |

(Previous editions of this form may still be used)   ORIGINAL - COURT COPY   YELLOW - TRANSCRIPTION COPY   GREEN - ORDER RECEIPT   PINK - ORDER COPY