

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA )<br>         Plaintiff, )<br>                                          )<br>vs.                                    )<br>                                          )<br>DAVINA MARIE LUJAN         )<br>         Defendant.              )<br>_____) | | CRIMINAL CASE NO. 02-00075-001<br><br>**REQUEST TO TRAVEL** |

      On April 12, 2006, Davina Marie Lujan, was sentenced to a five year term of probation in the District Court of Guam for the offense Distribution of Oxycodone Hydrochloride, in violation of Title 21, United States Code §§ 841(a)(1) and 846. She was ordered to pay a $10,000 fine and a $100 special assessment fee; perform 300 hours of community service; cooperate in the collection of DNA; and comply with the standard conditions of supervision.

      Ms. Lujan paid the $10,000 fine and the $100 special assessment fee on April 18, 2006. She satisfied the DNA collection requirement on May 25, 2006 and is performing community service as scheduled.

      Ms. Lujan is requesting to travel to California on June 14, 2006 to attend a graduation ceremony. She will also travel to Baltimore, Maryland to attend a continuing medical education course. She will return to Guam on July 1, 2006.

      This Officer supports her request and recommends that she be granted permission to travel.

                                                Respectfully Submitted,

                                                FRANK MICHAEL CRUZ
                                                Chief U. S. Probation Officer

                        By: _____
                                    GRACE D. FLORES
                                    U. S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:    File