| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |
|---|---|---|



Davina Marie Lujan
USDC Cr. Cs. No. 02-00075-001
SSN: XXX-XX-2027
DOB: XX-XX-1960
HT: 5'8"  WT: 130lbs.



DATE FILED June 12, 2006

DISTRICT COURT OF GUAM
JUN 14 2006
MARY L.M. MORAN
CLERK OF COURT

YOU ARE AUTHORIZED TO TRAVEL TO   San Fracisco, Los Angeles, San Diego, California, Baltimore, Maryland via Narita, Japan

LEAVING   June 14, 2006          AND RETURNING   July 1, 2006

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT HIS OFFICE.

**PURPOSE OF THIS TRIP:**

To attend a graduation ceremony, attend continuing medical education course and vacation.

**SPECIAL INSTRUCTIONS:**   (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. Abide by your probation conditions while on travel status.

2. Call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized.

3. Report in person to the U.S. Probation Office District of Guam on Monday, July 3, 2006.

COPY MAILED TO CHIEF PROBATION OFFICER
IN DISTRICT OF DESTINATION:

GRACE D. FLORES
UNITED STATES PROBATION OFFICER

NAME _____
ADDRESS _____

RECEIVED
JUN 12 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

[X] APPROVED   [ ] DISAPPROVED

JOAQUIN V.E. MANIBUSAN, JR
U.S. MAGISTRATE JUDGE