

**FILED**
DISTRICT COURT OF GUAM
JAN -9 2007
MARY L.M. MORAN
CLERK OF COURT

| UNITED STATES OF AMERICA, | No. 06-10276 |
| --- | --- |
| Plaintiff - Appellee, | D.C. No. CR-02-00075-RTB |
| V. | |
| DAVINA M. LUJAN, | **JUDGMENT** |
| Defendant - Appellant. | |

Appeal from the United States District Court for the District Of Guam (Hagatna).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District Of Guam (Hagatna) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED.**

Filed and entered 12/12/06

A TRUE COPY
ATTEST 1/3/07
CATHY A. CATTERSON
Clerk of Court
by:
Deputy Clerk

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>DAVINA M. LUJAN,<br><br>Defendant - Appellant. | No. 06-10276<br><br>D.C. No. CR-02-00075-RTB<br><br>MEMORANDUM* |

Appeal from the United States District Court
for the District of Guam
Roger T. Benitez, District Judge, Presiding

Submitted December 4, 2006**

Before:  GOODWIN, RYMER, and FISHER, Circuit Judges.

Davina M. Lujan appeals from the denial of her motion to continue sentencing. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

---

\*     This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36-3.

\*\*    This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Lujan contends that the district court abused its discretion in denying her motion to continue her sentencing to provide counsel with the opportunity to move to withdraw Lujan's guilty plea. We disagree. The district court adequately balanced Lujan's Sixth Amendment rights against the delay and inconvenience of granting a continuance, and therefore did not err in citing "the inconvenience to its own calendar." *United States v. Garrett*, 179 F.3d 1143, 1146-47 (9th Cir. 1999) (affirming where the district court demonstrated concern for defendant's right to counsel in addition to its own calendar); *cf. United States v. Nguyen*, 262 F.3d 998, 1003 (9th Cir. 2000) (reversing where district court "gave improper reasons for denying the request" for a continuance); *see also United States v. Nostratis*, 321 F.3d 1206, 1211 (9th Cir. 2003) (reasoning that unexplained two-year delay between entry of plea and motion to withdraw supported denial of the motion, and noting that delay suggested that "withdrawal was intended to serve a different purpose than that avowed" (internal quotations omitted)).

We conclude that, in light of the "broad discretion . . . granted trial courts on matters of continuances," the district court did not abuse its discretion in denying the continuance. *See Garrett*, 179 F.3d at 1145.

**AFFIRMED.**

A TRUE COPY
ATTEST 1/3/07
CATHY A. CATTERSON
Clerk of Court
by:
Deputy Clerk