## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br>         Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DAVINA MARIE LUJAN ) <br>         Defendant. ) <br> ) | CRIMINAL CASE NO. 02-00075-001 <br><br> **REQUEST TO TRAVEL** |

      On April 12, 2006, Davina Marie Lujan, was sentenced to a five year term of probation in the District Court of Guam for the offense Distribution of Oxycodone Hydrochloride, in violation of Title 21, United States Code §§ 841(a)(1) and 846. She was ordered to pay a $10,000 fine and a $100 special assessment fee; perform 300 hours of community service; cooperate in the collection of DNA; and comply with the standard conditions of supervision.

      Ms. Lujan paid the $10,000 fine and the $100 special assessment fee on April 18, 2006. She satisfied the DNA collection requirement on May 25, 2006 and is performing community service as scheduled.

      Ms. Lujan is requesting to travel to Chicago, Illinois on October 2, 2007 to attend a continuing medical education course. She will return to Guam on October 10, 2007.

      This Officer supports her request and recommends that she be granted permission to travel.

      Respectfully Submitted,

      ROSSANNA VILLAGOMEZ-AGUON
      Acting Chief U. S. Probation Officer

By: /s/ GRACE D. FLORES
     U.S. Probation Officer

Reviewed by:

/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
  Supervision Unit Leader

cc:     File

| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |
|---|---|---|



**Davina Marie Lujan**
**USDC Cr. Cs. No. 02-00075-001**
**SSN: XXX-XX-2027**
**DOB: XX-XX-1960**
**HT: 5'8" WT: 130lbs.**

DATE **September 5, 2007**

YOU ARE AUTHORIZED TO TRAVEL TO      **Chicago, Illinois via Narita, Japan**

LEAVING   **October 2, 2007**   AND RETURNING   **October 10, 2007**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT HIS OFFICE.

PURPOSE OF THIS TRIP:

**To attend a continuing medical education course.**

SPECIAL INSTRUCTIONS:   (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **Abide by your probation conditions while on travel status.**

2. **Call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized.**

3. **Report in person to the U.S. Probation Office District of Guam on Thursday, October 11, 2007.**

COPY MAILED TO CHIEF PROBATION OFFICER
IN DISTRICT OF DESTINATION:



/s/ GRACE D. FLORES
**UNITED STATES PROBATION OFFICER**

| NAME | Richard L. Tracy Jr., CUSPO | ☐ APPROVED | ☐ DISAPPROVED |
|---|---|---|---|
| ADDRESS | 55 East Monroe Street Room 1500 | | |
| | Chicago, IL 60603 | | |