| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |
|---|---|---|

**Davina Marie Lujan**
USDC Cr. Cs. No. 02-00075-001
SSN: XXX-XX-2027
DOB: XX-XX-1960
HT: 5'8" WT: 130lbs.



DATE **September 5, 2007**

YOU ARE AUTHORIZED TO TRAVEL TO **Chicago, Illinois via Narita, Japan**

LEAVING **October 2, 2007** AND RETURNING **October 10, 2007**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT HIS OFFICE.

PURPOSE OF THIS TRIP:

**To attend a continuing medical education course.**

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **Abide by your probation conditions while on travel status.**

2. **Call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized.**

3. **Report in person to the U.S. Probation Office District of Guam on Thursday, October 11, 2007.**

COPY MAILED TO CHIEF PROBATION OFFICER
IN DISTRICT OF DESTINATION:



/s/ GRACE D. FLORES
**UNITED STATES PROBATION OFFICER**

NAME **Richard L. Tracy Jr., CUSPO**

ADDRESS **55 East Monroe Street Room 1500**

**Chicago, IL 60603**

X APPROVED ☐ DISAPPROVED



**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Sep 05, 2007**