| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |
|---|---|---|



**Davina Marie Lujan**
**Criminal Case No. 02-00075-001**
**SSN: XXX-XX-2027**
**DOB: XX-XX-1960**
**HT: 5'8" WT: 130lbs.**

DATE  **December 19, 2007**

YOU ARE AUTHORIZED TO TRAVEL TO   **Saipan, Commonwealth of the Northern Mariana Islands**

LEAVING   **December 28, 2007**   AND RETURNING   **January 1, 2008**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT HIS OFFICE.

PURPOSE OF THIS TRIP:

**Vacation.**

SPECIAL INSTRUCTIONS:   (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **Abide by your probation conditions while on travel status.**

2. **Notify your probation officer within 24 hours of your return from Saipan.**

3. **Call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized.**

COPY MAILED TO CHIEF PROBATION OFFICER
IN DISTRICT OF DESTINATION:

/s/ GRACE D. FLORES
UNITED STATES PROBATION OFFICER

NAME
ADDRESS

X APPROVED     ☐ DISAPPROVED

/s/ Frances M. Tydingco-Gatewood
**Chief Judge**
**Dated: Dec 19, 2007**