# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 02-00075-001 |
| ) | |
| Plaintiff, ) | |
| ) | **REQUEST TO TRAVEL** |
| vs. ) | |
| ) | |
| DAVINA MARIE LUJAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

      On April 12, 2006, Davina Marie Lujan, was sentenced to a five year term of probation in the District Court of Guam for the offense Distribution of Oxycodone Hydrochloride, in violation of Title 21, United States Code Section 841(a)(1) and 846. She was ordered to pay a $10,000 fine and a $100 special assessment fee; perform 300 hours of community service; cooperate in the collection of DNA; and comply with the standard conditions of supervision.

      Ms. Lujan paid the $10,000 fine and the $100 special assessment fee on April 18, 2006. She satisfied the DNA collection requirement on May 25, 2006 and completed approximately 227 hours of community service.

      Ms. Lujan is requesting to travel on vacation from April 9, 2008 to April 17, 2008 to San Antonio, Texas and New Orleans, Louisiana. She will return to Guam on April 17, 2008.

      This Officer supports her request, and recommends that she be granted permission to travel.

      Respectfully Submitted,

      ROSSANNA VILLAGOMEZ-AGUON
      Chief U. S. Probation Officer

By:  /s/ GRACE D. FLORES
      U.S. Probation Officer

Reviewed by:

 /s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

cc:    File

| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |
|---|---|---|

Davina Marie Lujan
    Criminal Case No. 02-00075-001
SSN: XXX-XX-2027
DOB: XX-XX-1960
HT: 5'8" WT: 130lbs.



DATE    March 27, 2008

YOU ARE AUTHORIZED TO TRAVEL TO      San Antonio, TX and New Orleans, LA via Narita Japan

LEAVING    April 9, 2008      AND RETURNING    April 17, 2008

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT HIS OFFICE.

PURPOSE OF THIS TRIP:

**Vacation.**

SPECIAL INSTRUCTIONS:    (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. Abide by your probation conditions while on travel status.

2. Notify your probation officer within 24 hours of your return from travel.

3. Call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized.

COPY MAILED TO CHIEF PROBATION OFFICER IN DISTRICT OF DESTINATION:

/s/ GRACE D. FLORES
UNITED STATES PROBATION OFFICER

NAME                ☐ APPROVED     ☐ DISAPPROVED
ADDRESS