| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |
|---|---|---|



Davina Marie Lujan
 Criminal Case No. 02-00075-001
SSN: XXX-XX-2027
DOB: XX-XX-1960
HT: 5'8" WT: 130lbs.

DATE  March 27, 2008

YOU ARE AUTHORIZED TO TRAVEL TO   San Antonio, TX and New Orleans, LA via Narita Japan

LEAVING  April 9, 2008   AND RETURNING  April 17, 2008

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT HIS OFFICE.

PURPOSE OF THIS TRIP:

**Vacation.**

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. Abide by your probation conditions while on travel status.

2. Notify your probation officer within 24 hours of your return from travel.

3. Call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized.

COPY MAILED TO CHIEF PROBATION OFFICER IN DISTRICT OF DESTINATION:

/s/ GRACE D. FLORES
UNITED STATES PROBATION OFFICER

NAME  
ADDRESS  

[X] APPROVED    [ ] DISAPPROVED

/s/ Frances M. Tydingco-Gatewood
  Chief Judge
Dated: Mar 31, 2008