**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>    Plaintiff, )<br>  )<br> vs. )<br>  )<br> DAVINA MARIE LUJAN, )<br>  )<br>    Defendant. )<br>_____ ) | CRIMINAL CASE NO. 02-00075-001<br><br>**REQUEST TO TRAVEL** |

      On April 12, 2006, Dr. Davina Marie Lujan, was sentenced to a five year term of probation in the District Court of Guam for the offense Distribution of Oxycodone Hydrochloride, in violation of Title 21, United States Code Section 841(a)(1) and 846. She was ordered to pay a $10,000 fine and a $100 special assessment fee; perform 300 hours of community service; cooperate in the collection of DNA; and comply with the standard conditions of supervision.

      Dr. Lujan paid the $10,000 fine and the $100 special assessment fee on April 18, 2006. She satisfied the DNA collection requirement on May 25, 2006 and completed approximately 228 hours of community service.

      Dr. Lujan is requesting to travel for an annual medical conference in San Diego, California and for vacation purposes to other destinations in California with a day trip to Mexico. Her anticipated travel dates are from September 10, 2008 to September 25, 2008.

      This Officer supports her request, and recommends that she be granted permission to travel.

                                          Respectfully Submitted,

                                          ROSSANNA VILLAGOMEZ-AGUON
                                          Chief U. S. Probation Officer

                By:          /s/ GRACE D. FLORES
                                U.S. Probation Officer

Reviewed by:

/s/ CARMEN D. O'MALLAN
  U.S. Probation Officer Specialist

cc:    File

| PROB 37<br>(Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |
|---|---|---|



**Davina Marie Lujan**
**Criminal Case No. 02-00075-001**
**SSN: XXX-XX-2027**
**DOB: XX-XX-1960**
**HT: 5'8" WT: 130lbs.**

DATE  **August 25, 2008**

YOU ARE AUTHORIZED TO TRAVEL TO   **California and Mexico (day trip)**

LEAVING   **September 10, 2008**   AND RETURNING   **September 25, 2008**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT HIS OFFICE.

PURPOSE OF THIS TRIP:

**Annual Academy of American Family Physicians' Scientific Assembly from September 17-21, 2008 and for vacation purposes.**

SPECIAL INSTRUCTIONS:   (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **Abide by your probation conditions while on travel status.**

2. **Notify your probation officer within 24 hours of your return from travel.**

3. **Call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized.**

COPY MAILED TO CHIEF PROBATION OFFICER
IN DISTRICT OF DESTINATION:

/s/ GRACE D. FLORES
UNITED STATES PROBATION OFFICER

NAME
ADDRESS

☐ APPROVED    ☐ DISAPPROVED