| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |
|---|---|---|

**Davina Marie Lujan**
**Criminal Case No. 02-00075-001**
**SSN: XXX-XX-2027**
**DOB: XX-XX-1960**
**HT: 5'8" WT: 130lbs.**



DATE  **August 25, 2008**

YOU ARE AUTHORIZED TO TRAVEL TO     **California and Mexico (day trip)**

LEAVING     **September 10, 2008**     AND RETURNING     **September 25, 2008**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT HIS OFFICE.

PURPOSE OF THIS TRIP:

**Annual Academy of American Family Physicians' Scientific Assembly from September 17-21, 2008 and for vacation purposes.**

SPECIAL INSTRUCTIONS:     (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **Abide by your probation conditions while on travel status.**

2. **Notify your probation officer within 24 hours of your return from travel.**

3. **Call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized.**

COPY MAILED TO CHIEF PROBATION OFFICER IN
DISTRICT OF DESTINATION:

/s/ GRACE D. FLORES
UNITED STATES PROBATION OFFICER

NAME _____

ADDRESS _____

[XX] APPROVED     [ ] DISAPPROVED

**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Aug 26, 2008**